FILED JUL 18 '01 AM 11:03 USDCALS

# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| GONZALO FITCH MONTIEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 01-0447-BH-S |
| DON DAVIS, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

A motion to dismiss or, in the alternative, motion to stay (Doc. 5) has been filed by the defendants. It is **ORDERED** that the plaintiffs **RESPOND** in writing on or before **August 3, 2001,** to each of the arguments set forth in the motion and the relief sought by the defendants.

DONE this 18th day of July, 2001.

W B Hand
SENIOR DISTRICT JUDGE