FILED NOV 8 '01 AM 11:52 USDCALS

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| GONZALO FITCH MONTIEL, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. |
|   | ) 01-0447-BH-S |
| DON DAVIS, et al., | ) |
| Defendants. | ) |

## ORDER

A motion to intervene (Doc. 50) has been filed by Ken Guin and Andrew Hayden. It is **ORDERED** that the motion be and is hereby **GRANTED**. The Court is willing to reconsider this matter only if any of the parties, jointly or severally, file a motion to reconsider on or before November 21, 2001, and therein show cause why the intervention ought not to be allowed.

DONE this 8th day of November, 2001.

Susan H. Black
United States Circuit Judge

W. B. Hand
United States Senior District Judge

Inge P. Johnson
United States District Judge